UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARI L. OLIVER, et. al., ) | Case No. 2:24-cv-12962 |
|     *Plaintiffs*, ) | |
| ) | Hon. GERSHWIN A. DRAIN |
| v. ) | Mag. ELIZABETH A. STAFFORD |
| ) | |
| OAKLAND COUNTY FRIEND OF THE COURT, ) | |
| et. al., ) | |
|     *Defendants*. ) | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PHILIP G. VERA**

# Attachment-1 INDEX OF EXHIBITS

| Exhibit Number | Attachment Description |
|---|---|
| -2 | Circuit Court, Macomb County, Case No. 2023-001205-CZ, [SHARI L. OLIVER] PLAINTIFF'S MOTION TO COMPEL [MATTHEW W. OLIVER] DEFENDANT TO FILE AN AMENDED ANSWER, dated May 30, 2023. |
| -3 | Court News Ohio article: "Former Westlake Judge Connected to Cuyahoga County Corruption Scandal Indefinitely Suspended", dated July 17, 2014. |
| -4 | Prison Legal News article: "Former Judges in Pennsylvania 'Kids for Cash' Scandal Must Pay $206 Million in Damages", loaded on February 1, 2023. |