UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARI L. OLIVER, et. al.,     ) | Case No. 2:24-cv-12962 |
|     *Plaintiffs*,     ) | |
|     ) | Hon. GERSHWIN A. DRAIN |
| v.     ) | Mag. ELIZABETH A. STAFFORD |
|     ) | |
| OAKLAND COUNTY FRIEND OF THE COURT,   ) | |
| et. al.,     ) | |
|     *Defendants*.     ) | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MATTHEW W. OLIVER**

# Attachment-1 INDEX OF EXHIBITS

| Exhibit Number | Attachment Description |
|---|---|
| -2 | Determination Letter showing that Plaintiff SHARI L. OLIVER, formerly Ober, was a sexual harassment victim in 2010 while employed by Takata. |
| -3 | Circuit Court, Oakland County, Family Division, Case No. 2020-880799-DC, MOTION TO CHANGE SUPPORT ORDER (FOC REFEREE HEARING ONLY), dated February 4, 2025. |
| -4 | Circuit Court, Oakland County, Family Division, Case No. 2020-880799-DC, NOTICE OF VIRTUAL HEARING IN RESPONSE TO IN PRO PER MOTION, dated February 7, 2025. |

2

| Exhibit Number | Attachment Description |
|---|---|
| -5 | Letter dated June 26, 2020 with enclosure DISMISSAL of Case No. 2020-880799-DC (from Defendant SUSAN E. COHEN to Plaintiff SHARI L. OLIVER). |
| -6 | E-mails between Plaintiff SHARI L. OLIVER and Defendant MATTHEW W. OLIVER regarding children's Spring Break 2024; Plaintiff Shari is not permitted travel outside of the State of Michigan with Plaintiffs M.A.O. and M.L.O. |
| -7 | Circuit Court, Oakland County, Family Division, Case No. 2020-880855-DM, UNIFORM CHILD SUPPORT ORDER – MODIFICATION, dated December 19, 2023. |
| -8 | February 19, 2025 E-mails between Plaintiff SHARI L. OLIVER and Defendant MATTHEW L. OLIVER. Defendant MATTHEW L. OLIVER's e-mail states, "Shared custody isn't an option at this point." |