**TAKATA**

**TK Holdings Inc.**

# Determination

**To:**     Shari L. Ober

**From:**   Patrick Giampaolo

**CC:**     Jeff Douma     Jerome Stawara          Al Bernat

**Date:**   November 2, 2010

**Re:**     Complaint Regarding Incident in Monclova, Mexico

---

Dear Ms. Ober:

I am in receipt of your Statement of Complaint regarding the alleged actions of Mr. Jorge Gutierrez, Inflator Plant Manager in Monclova Mexico, during dinner on Wednesday, October 26, 2010 at El Establo Restaurant in Monclova. After a thorough investigation of the night's events, using your complaint and witness accounts of the situation, we have found that Mr. Gutierrez's behavior is in violation of the TKH Harassment Policy and the Company has terminated him effective this date.

I am sorry that you experienced these types of behavior but appreciate your willingness to come forward with the Complaint. The Company takes a strong position in both its written Policy on Harassment and in taking swift and appropriate action when needed.

If there are any questions or concerns you may have, I would be happy to schedule some time to speak with you.

Patrick M. Giampaolo

Vice President of Human Resources

1