| STATE OF MICHIGAN<br>SIXTH JUDICIAL CIRCUIT<br>FAMILY DIVISION | MOTION TO CHANGE<br>SUPPORT ORDER<br>(FOC REFEREE HEARING ONLY) | CASE NO.<br>2020-880799-DC |
|---|---|---|

Court Address, 230 Elizabeth Lake, PO Box 436012, Pontiac, MI 48343-6012   Telephone No: (248) 858-0424;   FAX No: (248) 858-0461

**PLEASE PRINT OR TYPE INFORMATION**   $60.00 Filing Fee

Plaintiff's Name, Address, Email & Telephone No.
Matthew W. Oliver
43506 Chesterfield Dr.
Sterling Heights MI 48313
mattmwo@hotmail.com

v.

Defendant's Name, Address, Email & Telephone No.
Shari Lynn Oliver
189 N. Castle Dr.
Cedar City UT 84720

I, Matthew O___ state:
(Name of party filing petition)

1. In this matter the ☐ plaintiff ☑ defendant is currently ordered to pay support in the amount of $ 0 per Monthly.

2. Circumstances and/or financial conditions have changed as follows:

   Please re-open Child Support case. Hours at work have been cut, requesting support from Shari Oliver, who has a Master's Degree and is financially capable.

3. The support order be ☑ increased ☐ decreased in the amount the court finds fair and equitable.

I declare that the above statements are true to the best of my information and belief.

2-4-25
Date

Signature of Party Filing Motion

FW

MTC – MOTION TO CHANGE SUPPORT ORDER

FOC 2 – (effective 5/2022)