| STATE OF MICHIGAN<br>SIXTH JUDICIAL<br>CIRCUIT COURT<br>OAKLAND COUNTY | NOTICE OF VIRTUAL HEARING IN RESPONSE TO IN PRO PER MOTION | Case Number<br>2020-880799-DC<br>OLIVER,MATTHEW,WARREN, VS<br>OLIVER,SHARI,LYNN, |
|---|---|---|

Friend of the Court, 230 Elizabeth Lake, PO Box 436012, Pontiac, MI 48343-6012  Telephone No: (248) 858-0424;  FAX No: (248) 858-0461 – TEAM -65

| MATTHEW OLIVER | v | SHARI OLIVER |
|---|---|---|

## NOTICE OF HEARING

A virtual Zoom hearing will be held on <u>MARCH 10, 2025</u> at <u>10:30</u> by <u>Referee Ryan O'neil</u> in response to attached Motion to Change Support Order filed by <u>Plaintiff</u> on <u>FEBRUARY 4, 2025</u>.

### CONNECTING TO THE VIRTUAL COURTROOM FOR THE HEARING

- **Windows Desktop PCs and Laptops:** Go to Zoom Web Site at https://zoom.us.  Click on "Join a Meeting"; enter the Meeting ID <u>372 339 0680</u> and click "Join".
- **Apple and Android Tablets or Phones:** Install the Zoom App from the Apple or Android Store before the call.  Launch the Zoom App at the time of the call and join using Meeting ID <u>372 339 0680</u> and click "Join", or follow the above step in your phone's web browser.
- **Phone Call Only:** Call (646) 876-9923 or (669) 900-6833 and join using **Meeting ID** <u>372 339 0680</u>.

Please fully read the attached instructions.

### PROOF OF ELECTRONIC SERVICE/MAILING

I certify that on __2/7/2025__ I served a copy of this Notice of Virtual Hearing and Motion on the above parties and/or their attorneys. (Asterisks indicate a confidential address). When possible, parties and attorneys were served by MIFILE or email.

DATE: __2/7/2025__                    NICOLE BAX
                                      Signature

*If you require special accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the Friend of the Court immediately to make arrangements.*