**SUSAN E. COHEN**
ATTORNEY AND COUNSELOR
40900 WOODWARD AVENUE, SUITE 111
BLOOMFIELD HILLS, MICHIGAN 48304

TELEPHONE (248) 644-5600
FAX (248) 644-5690
susan@susanecohenlaw.com

FELLOW AMERICAN
ACADEMY OF
MATRIMONIAL LAWYERS

June 26, 2020

Ms. Shari Oliver
241 Whittington Drive
Centerville, Ohio 45459

VIA EMAIL ONLY

RE: Matthew Warren Oliver vs Shari Lynn Oliver
Case No. 20-880799-DC

Dear Shari:

    Enclosed please find a true copy of the Dismissal Order entered by Judge Julie McDonald in your above-referenced custody case filed by Matt. As you know, this case was dismissed and all issues related to your children will be addressed under the divorce case I filed on your behalf. I am providing this Dismissal Order to you for your records.

    Please call me upon your receipt of this to discuss your pending divorce case. I look forward to speaking with you soon.

Very truly yours,

*/s/ Susan E. Cohen*

Susan E. Cohen

SEC/as
enclosure
cc: Shari Oliver

Approved, SCAO

Original - Court
1st copy - Applicant
Other copies - All appearing parties

| STATE OF MICHIGAN | | |
|---|---|---|
| 6TH JUDICIAL DISTRICT / JUDICIAL CIRCUIT / COUNTY PROBATE | **DISMISSAL** | **CASE NO.** 2020-880799-DC |

**Court address**
1200 N. Telegraph Road, Pontiac, MI 48341

Court telephone no.

| Plaintiff's name(s) and address(es) | v | Defendant's name(s) and address(es) |
|---|---|---|
| MATTHEW WARREN OLIVER<br>4200 CURTIS ROAD<br>LEONARD, MI 48367 | | SHARI LYNN OLIVER<br>241 WHITTINGTON<br>DAYTON, OH 45459 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>PHILIP G. VERA (P69926)<br>8300 HALL ROAD, STE 202<br>UTICA, MI 48317<br>(586) 991-1783 | | Defendant's attorney, bar no., address, and telephone no.<br>SUSAN E. COHEN (P45027)<br>40900 WOODWARD AVENUE, SUITE 111<br>BLOOMFIELD HILLS, MI 48304<br>(248) 644-5600 |

FILED   Received for Filing   Oakland County Clerk   6/25/2020 1:10 PM

☐ **NOTICE OF DISMISSAL BY PLAINTIFF**

☐ with   ☐ without   prejudice as to:

1. Plaintiff/Attorney for plaintiff files this notice of dismissal of this case
   ☐ all defendants.
   ☐ the following defendant(s): _____

2. I certify, under penalty of contempt, that:
   a. This notice is the first dismissal filed by the plaintiff based upon or including the same claim against the defendant.
   b. All costs of filing and service have been paid.
   c. **No answer or motion has been served upon the plaintiff by the defendant** as of the date of this notice.
   d. A copy of this notice has been provided to the appearing defendant/attorney by   ☐ mail   ☐ personal service.

_____   _____
Date                     Plaintiff/Attorney signature

☑ **STIPULATION TO DISMISS**

☐ with   ☑ without   prejudice as to:

I stipulate to the dismissal of this case
☑ all parties.
☐ the following parties: _____

06/24/2020
Date

_/s/_ (signature)
Plaintiff/Attorney signature

06/24/2020
Date

_/s/_ (signature)
Defendant/Attorney signature

☑ **ORDER TO DISMISS**

☐ with   ☑ without   prejudice. Conditions, if any: _____

IT IS ORDERED this case is dismissed

☑ This order resolves the last pending claim and closes the case.

6/25/2020                    /s/ Julie A. McDonald
Date                          Judge                                           Bar no.
                                                                               mk

MC 09 (4/14)  DISMISSAL                                                       MCR 2.504