**Re: Spring Break and ▇▇▇ laptop questions**

**MO**  MATT OLIVER <mattmwo@hotmail.com>
Sat, 16 Mar 2024 6:46:56 PM -0700

To  "Shari Oliver" <jebezob@zoho.com>

If you would like to make alternate plans with the kids during spring break somewhere in MI, I'm ok with that.

I'm not trying to take parenting time away from you, but please understand my feelings on crossing state lines with the kids.

I'm not looking for any tension between us as parents.

You're still trying to sue me in Federal Court, yet I'm willing to let you have unsupervised parenting time with the kids.

If you spending spring break with the kids in MI isn't an option for you please let me know.

Thanks

---

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Saturday, March 16, 2024 9:02 PM
**To:** MATT OLIVER <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▇▇▇ laptop questions

Ohio has been cancelled.

---

---- On Sat, 16 Mar 2024 16:07:48 -0700 **MATT OLIVER <mattmwo@hotmail.com>** wrote ---

Like I said in the previous email, I'd like your spring break trip with the kids to be in Michigan.
Thank you for respecting my feelings on this topic.

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Saturday, March 16, 2024 6:33 PM

**To:** MATT OLIVER <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▮▮▮▮ laptop questions

Well, I don't understand your feelings. If you want me to cancel OH reservations, let me know. If yes, I do not know with what or if I will replace them.

---- On Sat, 16 Mar 2024 06:59:32 -0700 **MATT OLIVER <mattmwo@hotmail.com>** wrote ---

I don't want you to cancel your trip to MI, I want the kids to spend time with you.

Just not sure why you can't find somewhere to go within the state of MI.

See if you can find a place to stay in MI instead of the OH dates.

Not looking for friction with you on this subject. I've given you ample parenting time when you're in MI and I've instilled trust in you when you've taken the kids on trips.

All I'm asking is some understanding from you on how I feel about the kids travelling out of state.

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Saturday, March 16, 2024 2:03 AM
**To:** MATT OLIVER <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▮▮▮▮ laptop questions

I asked ▮▮▮▮ what she wanted to do for spring break, and she said Great Wolf Lodge and a waterpark. ▮▮▮▮ did not provide any input, but he recently asked about bringing the MagiQuest wand so he seemed pretty excited about doing that. So, I made plans based on what ▮▮▮▮ and ▮▮▮▮ wanted for spring break. I saw no reason to drive as far as for winter break, and it should be more interesting to go to a water park that we have never been to before. Plus, I am guessing the different Great Wolf Lodge location will be a little different too.

The court order also says zero overnights. Should I have all my parenting time supervised too? Do you want me to cancel everything?

We aren't going to work on changing anything?

---- On Fri, 15 Mar 2024 16:58:52 -0700 **MATT OLIVER** <mattmwo@hotmail.com> wrote ---

I understand the logistics of it, but why do you insist on taking the kids across the state line? I'm just going by the Court Orders. Can't you cancel the OH stays and find something in ▮▮▮▮ and ▮▮▮▮'s home state of MI?

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Friday, March 15, 2024 4:24 PM
**To:** mattmwo@hotmail.com <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▮▮▮ laptop questions

I already booked. The places I booked are an hour closer than where we were for winter break.

\*\*\* Sent from my hard wired internet connection. \*\*\*

---- On Fri, 15 Mar 2024 11:58:24 -0700 **mattmwo@hotmail.com** wrote ----

Hi Shari.
I just remembered per the Courts JOD order that parenting time is to be exercised in MI.

The kids going to OH during spring break is against Court Orders.

I would like ▮▮▮▮ and ▮▮▮▮ to stay within the state of MI on your spring break trip. Perhaps you can book something here in place of the OH dates.

Thanks

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Saturday, March 9, 2024 6:11 PM
**To:** MATT OLIVER <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▮▮▮ laptop questions

I will be driving, and I last got an oil change on the day I picked up ▮▮▮▮ and ▮▮▮▮ to go to Traverse City area.

OK, I will ask ▇▇▇ some laptop questions.

Yes, let me know bday costs.

---

---- On Sat, 09 Mar 2024 13:05:33 -0700 **MATT OLIVER <mattmwo@hotmail.com>** wrote ---

Sounds like you have a fun trip planned with the kids! Are you driving to MI again? If so, it wouldn't be a bad idea to have your car's oil changed if it has more than 4000k miles on it.

▇▇▇ definitely wants a laptop, so feel free to send any input on one. 😊

Also in the process of making plans for a birthday party for ▇▇▇. We were going to do Whirlyball but ▇▇▇ isn't old enough to drive the bumper cars there, so on to plan B.
Would you be willing to divide Kissy Butt's birthday party costs with me?
Thanks 😊

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Saturday, March 9, 2024 2:05 PM
**To:** MATT OLIVER <mattmwo@hotmail.com>
**Subject:** Re: Spring Break and ▇▇▇ laptop questions

If you want any input on a laptop let me know.


▇▇▇ told me she would like to do MagiQuest (Great Wolf Lodge) and a waterpark for spring break.

So, I got a couple places in Sandusky to go to: (1) the Great Wolf Lodge and (2) indoor waterpark at Kalahari, ...come back Easter Sunday morning.


Stays:

(1) Great Wolf Lodge:

Check In
Tue, Mar 26, 2024
after 4:00 PM

**Nights**
2

**Check Out**
Thu, Mar 28, 2024
before 11:00 AM

(2) Econo Lodge Inn & Suites South:

3309 Milan Rd, Sandusky, OH, 44870 United States of America

| **Check-in** | **Check-out** |
|---|---|
| Thu, Mar 28 | Sun, Mar 31 |
| Check-in time starts at 4:00 PM | |

---- On Thu, 07 Mar 2024 07:28:57 -0700 **MATT OLIVER** <mattmwo@hotmail.com> wrote ---

Yes, ▮▮▮▮ was a new computer for her birthday. We are in the process of picking one out.

---

**From:** Shari Oliver <jebezob@zoho.com>
**Sent:** Tuesday, March 5, 2024 3:58 PM
**To:** mattmwo <mattmwo@hotmail.com>
**Subject:** Spring Break and ▮▮▮▮ laptop questions

Hi Matt,

Do ▮▮▮▮ and ▮▮▮▮▮▮ have any activities already planned over Spring Break (a ▮▮▮▮ birthday party, Easter Sunday dinner, etc...)?

Is ▮▮▮▮ getting a laptop for her birthday?  Is one picked out?

Shari

*** Sent from my hard wired internet connection. ***