UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARI L. OLIVER, et. al.,<br>    *Plaintiffs*,<br><br>v.<br><br>OAKLAND COUNTY FRIEND OF THE COURT, et. al.,<br>    *Defendants*. | Case No. 2:24-cv-12962<br><br>Hon. GERSHWIN A. DRAIN<br>Mag. ELIZABETH A. STAFFORD |

**PLAINTIFFS' MOTION TO STRIKE: [ECF No. 78]
DEFENDANT MICHIGAN SPECIAL ASSISTANT ATTORNEY GENERAL
MARK B. BERKE'S MOTION TO DISMISS**

## Attachment-1 INDEX OF EXHIBITS

| Exhibit Number | Attachment Description |
|---|---|
| -2 | p. 43 of Office of Child Support Enforcement, Preliminary Data Report, FY 2023.  File provided through: https://www.acf.hhs.gov/css/policy-guidance/fy-2023-preliminary-data-report-and-tables |
| -3 | p. 35 of Office of Child Support Enforcement, Preliminary Data Report, FY 2023.  File provided through: https://www.acf.hhs.gov/css/policy-guidance/fy-2023-preliminary-data-report-and-tables |
| -4 | p. 42 of Office of Child Support Enforcement, Preliminary Data Report, FY 2023.  File provided through: |

2

| **Exhibit Number** | **Attachment Description** |
|---|---|
|  | https://www.acf.hhs.gov/css/policy-guidance/fy-2023-preliminary-data-report-and-tables |
| -5 | Letter from Oakland County Sheriff Michael J. Bouchard, dated August 15, 2022 |
| -6 | Defendant judge MICHAEL D. WARREN JR.'s protocol.  Screenshot taken on August 24, 2023. |