## Incentives

Table P-37 Incentive Estimate Payments for Five Consecutive Fiscal Years

| STATES | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| ALABAMA | $4,000,000 | $3,500,000 | $3,000,000 | $4,000,000 | NA |
| ALASKA | 1,690,000 | 1,630,000 | 1,560,000 | 1,560,000 | NA |
| ARIZONA | 6,050,000 | 5,927,270 | 5,984,665 | 6,338,509 | NA |
| ARKANSAS | 4,800,000 | 4,800,000 | 4,800,000 | 4,800,000 | NA |
| CALIFORNIA | 42,783,750 | 43,522,500 | 43,201,000 | 44,604,500 | NA |
| COLORADO | 5,000,000 | 5,000,000 | 3,750,000 | 6,250,000 | NA |
| CONNECTICUT | 4,400,000 | 4,400,000 | 4,400,000 | 4,400,000 | NA |
| DELAWARE | 1,042,825 | 1,066,364 | 1,078,431 | 1,046,582 | NA |
| DIST. OF COL. | 0 | 0 | 0 | 0 | NA |
| FLORIDA | 36,534,919 | 37,319,236 | 36,092,113 | 37,879,800 | NA |
| GEORGIA | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | NA |
| GUAM | 120,000 | 120,000 | 120,000 | 120,000 | NA |
| HAWAII | 0 | 1,731,722 | 0 | 0 | NA |
| IDAHO | 3,365,576 | 3,389,124 | 3,089,706 | 3,232,971 | NA |
| ILLINOIS | 15,114,300 | 15,347,800 | 14,476,800 | 14,476,800 | NA |
| INDIANA | 9,245,714 | 10,415,765 | 10,842,362 | 11,084,218 | NA |
| IOWA | 7,000,000 | 7,000,000 | 7,000,000 | 7,000,000 | NA |
| KANSAS | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | NA |
| KENTUCKY | 7,000,000 | 7,000,000 | 7,000,000 | 7,000,000 | NA |
| LOUISIANA | 6,657,848 | 6,657,848 | 4,993,386 | 6,657,848 | NA |
| MAINE | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | NA |
| MARYLAND | 4,000,000 | 6,500,000 | 7,000,000 | 6,250,000 | NA |
| MASSACHUSETTS | 8,000,000 | 8,000,000 | 8,000,000 | 8,000,000 | NA |
| MICHIGAN | 25,800,000 | 25,800,000 | 25,800,000 | 25,800,000 | NA |
| MINNESOTA | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | NA |
| MISSISSIPPI | 2,800,000 | 2,800,000 | 2,800,000 | 3,182,135 | NA |
| MISSOURI | 7,500,000 | 10,000,000 | 10,000,000 | 10,000,000 | NA |
| MONTANA | 1,100,000 | 1,100,000 | 1,100,000 | 1,101,000 | NA |
| NEBRASKA | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | NA |
| NEVADA | 0 | 0 | 0 | 0 | NA |
| NEW HAMPSHIRE | 600,000 | 1,500,000 | 1,200,000 | 1,200,000 | NA |
| NEW JERSEY | 15,456,000 | 15,456,000 | 15,456,000 | 15,456,000 | NA |
| NEW MEXICO | 1,650,000 | 2,200,000 | 2,200,000 | 2,200,000 | NA |
| NEW YORK | 31,484,000 | 31,484,000 | 31,484,000 | 31,484,000 | NA |
| NORTH CAROLINA | 11,200,000 | 11,200,000 | 11,200,000 | 11,200,000 | NA |
| NORTH DAKOTA | 1,900,000 | 1,900,000 | 1,900,000 | 1,900,000 | NA |
| OHIO | 28,000,000 | 28,000,000 | 28,000,000 | 28,000,000 | NA |
| OKLAHOMA | 5,788,192 | 5,788,192 | 5,788,192 | 5,788,192 | NA |
| OREGON | 4,300,000 | 4,300,000 | 4,300,000 | 4,300,000 | NA |
| PENNSYLVANIA | 21,441,680 | 21,441,680 | 21,441,680 | 21,441,680 | NA |
| PUERTO RICO | 0 | 0 | 0 | 0 | NA |
| RHODE ISLAND | 1,440,000 | 1,440,000 | 1,440,000 | 1,425,000 | NA |
| SOUTH CAROLINA | 900,000 | 5,285,000 | 1,800,000 | 1,350,000 | NA |
| SOUTH DAKOTA | 1,885,000 | 2,012,797 | 2,147,056 | 2,179,276 | NA |
| TENNESSEE | 14,000,000 | 14,000,000 | 14,000,000 | 14,000,000 | NA |
| TEXAS | 78,071,540 | 89,581,835 | 84,730,317 | 93,910,000 | NA |
| UTAH | 2,800,000 | 2,800,000 | 2,800,000 | 2,800,000 | NA |
| VERMONT | 814,569 | 786,441 | 784,429 | 786,086 | NA |
| VIRGIN ISLANDS | 60,000 | 45,000 | 60,000 | 90,000 | NA |
| VIRGINIA | 10,000,000 | 9,500,000 | 10,000,000 | 10,000,000 | NA |
| WASHINGTON | 11,950,000 | 12,000,000 | 12,800,000 | 12,800,000 | NA |
| WEST VIRGINIA | 2,700,000 | 3,600,000 | 3,600,000 | 3,600,000 | NA |
| WISCONSIN | 12,340,000 | 12,340,000 | 12,340,000 | 12,340,000 | NA |
| WYOMING | 800,000 | 900,000 | 1,000,000 | 1,000,000 | NA |
| **TOTALS** | **$496,335,913** | **$523,338,574** | **$509,310,137** | **$526,784,597** | **NA** |

Source: Financial Management.

FY 2023 data are not available at this time.

This data was originally compiled and reported by the states and territories. OCSS assumes no responsibility or legal liability concerning the data's accuracy, reliability, completeness, timeliness, or usefulness.