Table P-29 Total Collections Received by Method of Collection, FY 2023

| STATES | Offset of Federal Tax Refund | Offset of State Tax Refunds | Offset of Unemployment Compensation Payments | AEI and Other Sources [1] | Income Withholdings [2] | Other States or Tribes | Other Countries | Total Collections Received |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| ALABAMA | $25,104,457 | $1,244,210 | $127,099 | $50,854,263 | $354,926,255 | $16,531,146 | $20,697 | $448,808,127 |
| ALASKA | 5,388,537 | 0 | 685,862 | 33,169,763 | 49,441,628 | 9,107,000 | 57,899 | 97,850,689 |
| ARIZONA | 22,372,782 | 3,341,584 | 1,591,249 | 47,487,946 | 402,816,837 | 27,208,874 | 0 | 504,819,272 |
| ARKANSAS | 19,796,221 | 2,586,281 | 627,217 | 48,033,460 | 209,098,258 | 14,950,298 | 4,951 | 295,096,686 |
| CALIFORNIA | 136,621,625 | 51,445,311 | 35,964,916 | 528,566,719 | 1,785,709,372 | 87,245,034 | 800,705 | 2,626,353,682 |
| COLORADO | 18,609,722 | 5,670,043 | 2,348,703 | 98,644,351 | 282,984,875 | 24,530,101 | 154,786 | 432,942,581 |
| CONNECTICUT | 16,415,353 | 5,183,506 | 3,792,646 | 40,305,912 | 151,125,195 | 27,198,040 | 0 | 244,020,652 |
| DELAWARE | 4,923,377 | 651,261 | 640,461 | 11,789,085 | 49,201,004 | 9,690,897 | 0 | 76,896,085 |
| DIST. OF COL. | 2,810,462 | 968,766 | 33,711 | 6,881,720 | 32,470,695 | 5,088,568 | 38,826 | 48,292,748 |
| FLORIDA | 97,787,524 | 0 | 2,981,663 | 341,423,037 | 1,186,069,265 | 142,941,274 | 253,177 | 1,771,455,940 |
| GEORGIA | 50,204,524 | 6,237,460 | 3,124,562 | 150,609,958 | 444,722,394 | 69,522,548 | 0 | 724,421,446 |
| GUAM | 419,551 | 680,452 | 0 | 1,246,092 | 4,988,610 | 890,742 | 0 | 8,225,447 |
| HAWAII | 6,639,936 | 2,087,248 | 937,561 | 15,211,779 | 68,708,356 | 4,052,086 | 14,700 | 97,651,666 |
| IDAHO | 9,169,058 | 4,046,858 | 991,142 | 38,066,488 | 92,955,188 | 20,922,340 | 57,432 | 166,208,506 |
| ILLINOIS | 44,231,011 | 3,749,224 | 12,802,708 | 118,606,743 | 903,045,409 | 24,127,944 | 0 | 1,106,563,039 |
| INDIANA | 32,613,440 | 12,644,976 | 4,143,249 | 76,540,716 | 529,589,649 | 21,119,669 | 0 | 676,651,699 |
| IOWA | 17,421,224 | 2,367,454 | 3,350,000 | 36,053,092 | 291,940,135 | 13,985,097 | 178,312 | 365,295,314 |
| KANSAS | 18,492,154 | 4,211,464 | 1,060,632 | 23,164,278 | 254,183,426 | 3,255,622 | 17,029 | 304,384,605 |
| KENTUCKY | 27,035,381 | 2,658,601 | 1,206,579 | 79,929,384 | 213,254,518 | 17,687,524 | 20,194 | 341,792,181 |
| LOUISIANA | 38,201,045 | 2,928,742 | 1,099,504 | 75,047,616 | 289,701,758 | 20,059,720 | 9,357 | 427,047,742 |
| MAINE | 6,043,393 | 2,712,086 | 922,591 | 17,308,061 | 55,922,007 | 9,610,129 | 131,083 | 92,649,350 |
| MARYLAND | 22,782,959 | 7,072,968 | 3,403,166 | 84,087,420 | 317,111,361 | 36,196,995 | 0 | 470,654,869 |
| MASSACHUSETTS | 18,379,534 | 7,070,706 | 14,890,362 | 142,292,494 | 399,591,552 | 12,307,926 | 84,704 | 594,617,278 |
| MICHIGAN | 71,437,675 | 13,104,749 | 12,622,087 | 188,438,074 | 930,871,781 | 32,881,485 | 200,295 | 1,249,556,146 |
| MINNESOTA | 19,662,123 | 8,455,181 | 12,710,442 | 74,222,415 | 372,206,316 | 33,790,820 | 126,363 | 521,173,660 |
| MISSISSIPPI | 38,706,489 | 3,196,532 | 2,038,052 | 52,254,166 | 271,516,408 | 27,400,889 | 3,912 | 395,116,448 |
| MISSOURI | 33,503,139 | 2,714,823 | 2,509,398 | 103,228,282 | 383,626,568 | 35,971,156 | 90,000 | 561,643,366 |
| MONTANA | 4,159,129 | 2,168,410 | 537,409 | 13,631,502 | 45,794,241 | 5,086,152 | 37,286 | 71,414,129 |
| NEBRASKA | 8,570,478 | 3,190,968 | 853,075 | 40,456,793 | 154,702,208 | 12,322,219 | 0 | 220,095,741 |
| NEVADA | 13,094,891 | 0 | 1,543,017 | 35,402,410 | 123,718,014 | 25,324,766 | 200 | 199,083,298 |
| NEW HAMPSHIRE | 4,556,842 | 0 | 48,873 | 13,180,202 | 54,304,027 | 6,683,928 | 0 | 78,773,872 |
| NEW JERSEY | 34,557,408 | 6,233,450 | 23,908,936 | 208,866,579 | 729,751,597 | 40,548,121 | 0 | 1,043,866,091 |
| NEW MEXICO | 9,253,693 | 2,485,972 | 1,125,713 | 23,777,622 | 75,521,303 | 5,825,878 | 0 | 117,990,181 |
| NEW YORK | 47,245,729 | 15,907,452 | 26,155,471 | 361,068,984 | 1,170,392,605 | 30,074,655 | 374,582 | 1,651,219,478 |
| NORTH CAROLINA | 30,324,889 | 3,529,524 | 741,888 | 128,500,427 | 453,003,214 | 56,946,715 | 82,964 | 673,129,621 |
| NORTH DAKOTA | 4,282,264 | 631,226 | 731,530 | 30,392,365 | 92,598,708 | 8,265,833 | 85,045 | 136,986,971 |
| OHIO | 78,059,768 | 12,401,979 | 10,804,173 | 231,756,764 | 1,167,798,177 | 39,145,455 | 0 | 1,539,966,316 |
| OKLAHOMA | 28,507,273 | 3,163,219 | 2,092,906 | 46,359,849 | 222,253,769 | 14,478,787 | 17,785 | 316,873,588 |
| OREGON | 16,516,409 | 4,627,189 | 4,191,162 | 61,157,579 | 222,981,667 | 17,807,955 | 0 | 327,281,961 |
| PENNSYLVANIA | 28,341,742 | 873,495 | 11,894,090 | 201,601,393 | 900,040,726 | 60,081,046 | 97,255 | 1,202,929,747 |
| PUERTO RICO | 16,945,327 | 19,547,987 | 2,118,971 | 107,388,033 | 151,144,639 | 5,635,483 | 2,882 | 302,783,322 |
| RHODE ISLAND | 4,581,818 | 923,050 | 1,408,737 | 19,241,716 | 56,164,246 | 5,203,272 | 3,619 | 87,526,458 |
| SOUTH CAROLINA | 15,418,859 | 6,349,740 | 1,119,150 | 58,001,815 | 239,504,060 | 15,950,947 | 24,040 | 336,368,611 |
| SOUTH DAKOTA | 6,453,802 | 0 | 345,835 | 22,233,694 | 61,054,938 | 9,272,638 | 98,596 | 99,459,503 |
| TENNESSEE | 49,442,316 | 0 | 1,470,488 | 136,451,857 | 386,778,032 | 40,833,859 | 79,163 | 615,055,715 |
| TEXAS | 246,425,690 | 0 | 38,300,124 | 1,026,636,101 | 3,472,190,816 | 69,582,345 | 188,071 | 4,853,323,147 |
| UTAH | 9,229,505 | 2,287,273 | 1,642,311 | 38,374,099 | 141,762,037 | 8,667,767 | 35,457 | 201,998,449 |
| VERMONT | 1,693,978 | 667,389 | 286,331 | 6,439,212 | 29,866,817 | 3,592,283 | 0 | 42,546,010 |
| VIRGIN ISLANDS | 77,339 | 430,097 | 690 | 1,178,119 | 2,844,621 | 733,709 | 1,286 | 5,265,861 |
| VIRGINIA | 38,734,117 | 6,001,722 | 2,191,342 | 128,557,230 | 382,222,214 | 58,158,965 | 0 | 615,865,590 |
| WASHINGTON | 33,926,308 | 0 | 10,054,955 | 132,424,022 | 416,199,984 | 38,015,472 | 1,390,079 | 632,010,820 |
| WEST VIRGINIA | 10,299,279 | 1,428,502 | 1,562,056 | 23,094,424 | 114,274,816 | 9,516,762 | 7,624 | 160,183,463 |
| WISCONSIN | 32,495,542 | 10,078,263 | 5,337,503 | 167,488,624 | 620,533,775 | 23,765,020 | 0 | 859,698,727 |
| WYOMING | 4,116,325 | 0 | 399,948 | 17,085,661 | 45,024,794 | 7,812,418 | 14,472 | 74,453,618 |
| **TOTALS** | **$1,582,083,416** | **$259,957,393** | **$277,472,246** | **$5,764,210,390** | **$21,860,204,865** | **$1,367,606,374** | **$4,804,828** | **$31,116,339,512** |

Source: Form OCSE-34 - Part 1,

| | line 2a | line 2b | line 2c | line 2d & 2h | line 2e | line 2f | line 2g | line 2 |

[1] Includes administrative enforcement and other sources.

[2] Income withholding includes collections received from IV-D and non-IV-D child support cases processed through the State Disbursement Unit. Total collections received as reported on this table exceed the distributed amounts reported elsewhere.

35

FY 2023 CHILD SUPPORT SERVICES PRELIMINARY REPORT

This data was originally compiled and reported by the states and territories. OCSS assumes no responsibility or legal liability concerning the data's accuracy, reliability, completeness, timeliness, or usefulness.