## Cost-Effectiveness

Table P-36 Cost-Effectiveness Ratio for Five Consecutive Fiscal Years

| STATES | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| ALABAMA | $5.15 | $5.82 | $5.41 | $4.98 | $4.39 |
| ALASKA | 3.88 | 4.10 | 5.00 | 4.69 | 4.29 |
| ARIZONA | 5.28 | 6.01 | 5.89 | 4.53 | 3.18 |
| ARKANSAS | 5.18 | 5.65 | 5.39 | 4.91 | 4.75 |
| CALIFORNIA | 2.51 | 2.74 | 2.68 | 2.46 | 2.35 |
| COLORADO | 3.87 | 4.28 | 3.82 | 3.68 | 3.25 |
| CONNECTICUT | 3.11 | 3.34 | 3.23 | 2.46 | 2.53 |
| DELAWARE | 2.55 | 2.96 | 2.65 | 2.51 | 2.47 |
| DIST. OF COL. | 1.90 | 1.63 | 1.43 | 1.17 | 1.14 |
| FLORIDA | 5.97 | 6.53 | 6.42 | 5.91 | 5.05 |
| GEORGIA | 6.88 | 7.87 | 6.56 | 6.37 | 5.63 |
| GUAM | 1.59 | 1.81 | 1.70 | 1.65 | 0.75 |
| HAWAII | 4.65 | 5.00 | 4.86 | 4.35 | 4.00 |
| IDAHO | 6.65 | 8.94 | 10.38 | 8.91 | 8.40 |
| ILLINOIS | 4.90 | 5.62 | 4.94 | 4.43 | 3.77 |
| INDIANA | 5.50 | 5.64 | 4.57 | 4.22 | 3.13 |
| IOWA | 5.97 | 5.88 | 5.56 | 5.47 | 5.31 |
| KANSAS | 5.80 | 6.54 | 5.99 | 5.58 | 5.83 |
| KENTUCKY | 6.04 | 6.96 | 5.96 | 5.66 | 5.10 |
| LOUISIANA | 5.76 | 5.77 | 5.65 | 4.71 | 4.28 |
| MAINE | 3.26 | 3.78 | 3.52 | 3.17 | 2.94 |
| MARYLAND | 3.80 | 3.67 | 3.31 | 3.29 | 2.87 |
| MASSACHUSETTS | 5.92 | 6.01 | 5.46 | 5.27 | 5.42 |
| MICHIGAN | 5.33 | 6.09 | 6.20 | 5.10 | 4.92 |
| MINNESOTA | 3.14 | 3.26 | 3.09 | 2.91 | 2.68 |
| MISSISSIPPI | 8.08 | 12.07 | 8.95 | 12.37 | 8.51 |
| MISSOURI | 7.61 | 8.52 | 9.00 | 8.09 | 6.87 |
| MONTANA | 4.48 | 4.20 | 3.89 | 4.11 | 4.29 |
| NEBRASKA | 5.71 | 5.97 | 5.64 | 5.09 | 5.07 |
| NEVADA | 2.91 | 3.35 | 3.54 | 3.05 | 2.30 |
| NEW HAMPSHIRE | 3.73 | 3.93 | 3.15 | 3.16 | 3.04 |
| NEW JERSEY | 4.04 | 4.41 | 4.08 | 3.48 | 3.47 |
| NEW MEXICO | 3.55 | 3.44 | 2.90 | 2.69 | 2.46 |
| NEW YORK | 4.98 | 5.14 | 6.19 | 4.71 | 4.04 |
| NORTH CAROLINA | 4.54 | 4.64 | 4.28 | 3.98 | 3.77 |
| NORTH DAKOTA | 6.36 | 6.58 | 6.26 | 6.31 | 5.64 |
| OHIO | 6.16 | 6.65 | 6.35 | 5.80 | 5.22 |
| OKLAHOMA | 6.69 | 6.50 | 5.95 | 5.48 | 4.51 |
| OREGON | 3.72 | 4.14 | 3.96 | 3.50 | 3.19 |
| PENNSYLVANIA | 4.49 | 5.13 | 4.80 | 4.31 | 3.99 |
| PUERTO RICO | 11.81 | 15.78 | 12.38 | 11.01 | 6.58 |
| RHODE ISLAND | 4.82 | 5.36 | 5.31 | 4.08 | 3.90 |
| SOUTH CAROLINA | 3.56 | 5.08 | 6.41 | 4.22 | 7.08 |
| SOUTH DAKOTA | 10.47 | 11.74 | 10.62 | 10.30 | 7.75 |
| TENNESSEE | 7.16 | 7.91 | 7.92 | 7.35 | 6.15 |
| TEXAS | 11.68 | 13.57 | 11.80 | 10.93 | 10.74 |
| UTAH | 6.18 | 5.38 | 5.51 | 5.37 | 4.94 |
| VERMONT | 3.19 | 2.96 | 2.77 | 2.65 | 2.40 |
| VIRGIN ISLANDS | 0.98 | 0.74 | 0.97 | 0.56 | 0.51 |
| VIRGINIA | 6.59 | 6.93 | 6.74 | 6.13 | 5.94 |
| WASHINGTON | 4.08 | 4.23 | 4.32 | 3.29 | 3.86 |
| WEST VIRGINIA | 5.19 | 5.21 | 4.84 | 4.63 | 4.24 |
| WISCONSIN | 6.20 | 6.98 | 6.43 | 5.96 | 5.63 |
| WYOMING | 7.25 | 7.31 | 7.86 | 13.65 | 4.46 |
| **TOTALS** | **$5.06** | **$5.51** | **$5.27** | **$4.73** | **$4.37** |

Source: Form OCSE-34 - Part 1, lines 4b, 4c, 8, 11, column G / OCSE-396, line 7, columns (A+C) - line 1c, columns (A+C).

This data was originally compiled and reported by the states and territories. OCSS assumes no responsibility or legal liability concerning the data's accuracy, reliability, completeness, timeliness, or usefulness.