# COUNTY OF OAKLAND
# OFFICE OF THE SHERIFF

## MICHAEL J. BOUCHARD



August 15, 2022

Ms. Shari Lynn Oliver
189 N. Castle Dr. (2675 W.)
Cedar City, UT 84720

Dear Ms. Oliver:

I am in receipt of your complaint against Judge Julie A. McDonald.
In Michigan, any complaints alleging misconduct by a Judge are directed to the Judicial Tenure Commission.
Judicial Tenure Commission
3034 W Grand River Blvd.
Detroit, MI 48202
(313) 875-5110

In your exhibit I received you also have complaints against Attorney Philip G. Vera. Attorney misconduct complaints are handled by the Attorney Grievance Commission.
Attorney Grievance Commission
755 W. Big Beaver Rd., #2100
Troy, MI 48084
(313) 961-6585

The entities exist for the sole purpose of investigating allegations like yours.

Sincerely,

Michael J. Bouchard, C.H.P.P.
Sheriff
President Emeritus, Major County Sheriffs of America
National Sheriff of the Year 2016
Michigan Sheriff of the Year 2022