

https://www.oakgov.com/government/courts/circuit-court/judges/civil-criminal/hon-michael-warren

OAKLAND COUNTY MICHIGAN
Always MOVING FORWARD

Business    Community    **Government**    Find Service

- Chair (2018-2020): Oakland County Bicentennial Committee

## Protocol

Due to the current emergency please review **COVID-19 protocol** for procedural changes.

**In order to better serve the attorneys and litigants appearing in Judge Warren's courtroom, we have adopted the following protocols. Please advise your clients and staff so that there are no misunderstandings.**

| Location | + |
|---|---|
| Business Court Philosophy | + |
| Business Court Protocols for Practice in Judge Warren's Courtroom | + |
| E-Filing | + |
| Conferences and Scheduling Orders | + |
| Motions and Motion Day | + |
| Motions for Summary Disposition | − |

Summary Disposition Motions and hearings are scheduled pursuant to separate, independent scheduling orders issued by the Court. Although praecipes are not required when filing a summary disposition motion, **the Motion Certification required by Local Sixth Judicial Circuit Court Rule 2.119(B)(2) must still be signed and filed** by the attorney of record or the party in propria persona. In addition, a Notice of Hearing must also accompany the filing of a dispositive motion and it must state that the hearing date will be scheduled by a date to be determined by the Court. To ensure timeliness, parties should submit the most recent scheduling order of the Court demonstrating that no motion cut-off date has precluded the filing of the motion.

Briefs - Length and Form