UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARI L. OLIVER, et. al.,            )<br>    *Plaintiffs*,                        )<br>                                              )<br>  v.                                         )<br>                                              )<br>OAKLAND COUNTY FRIEND OF THE COURT, )<br>et. al.,                                    )<br>    *Defendants*.                     ) | Case No. 2:24-cv-12962<br><br>Hon. GERSHWIN A. DRAIN<br>Mag. ELIZABETH A. STAFFORD |

**PLAINTIFFS' BRIEF IN OPPOSITION TO: [ECF No. 78] DEFENDANT MICHIGAN SPECIAL ASSISTANT ATTORNEY GENERAL MARK B. BERKE'S MOTION TO DISMISS**

## Attachment-1 INDEX OF EXHIBITS

| Exhibit Number | Attachment Description |
|---|---|
| -2 | August Daycare Email, dated August 13, 2017.  E-mail sent to Plaintiff SHARI L. OLIVER from Danielle Iafrate, former daycare provider for Plaintiffs M.A.O. and M.L.O. |