## August Daycare Email

**Danielle Iafrate <danielle.iafrate@gmail.com>**

Sun 8/13/2017 9:02 PM

To: Shari Oliver  jebezob@hotmail.com  ;Kelly Streng  kbstreng@gmail.com  ;Polk, Jennifer <jenniferpolk@titlesource.com>;Kimberly Lusch <kimberly.lusch@gmail.com>;Laura Schachermeyer <laura.schachermeyer@gmail.com>;Miranda Zagacki <mczagacki@gmail.com>;Patrick Ryan <pryan4683@yahoo.com>;nathan.polk@ymail.com <nathan.polk@ymail.com>;krprine04@yahoo.com   krprine04@yahoo.com  ;Elizabeth Scheuerman  bethy868@hotmail.com  ;Dana Schornak <danaschornak12@gmail.com>;shelbynicole2011@yahoo.com <shelbynicole2011@yahoo.com>

📎 1 attachments (57 KB)
CHILDCARE SERVICE AGREEMENT.....doc;

Hello!

I have a couple of notes for everyone...

Please let me know ASAP if your family will be able to attend the daycare party on Friday. It starts at 5:30; please bring a swimsuit and towel for your little one(s). I'm excited to have some fun with our friends before a lot of them will be leaving this September. We'll also be saying goodbye to Ms. Dana as she's starting nursing school in just a week!

If you haven't already, please turn in your August schedules.

For the families that will be here come September, I've attached a revised daycare contract below. Please read through it in its entirely as some things have changed and some things are the same but will now be enforced. Please return the last page signed by September 1st.

I ordered curriculum for the first 3 months of Fall for ▇, ▇, ▇ and ▇. The total is $70.

Lastly, ▇ has the Chickenpox. Poor guy.  So he will be out of daycare for a while. From what I read, if anyone caught it from him it can take up to 3 weeks to show symptoms.

Any questions let me know! See you soon!

--
Danielle Iafrate