UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF MICHIGAN

SHARI L. OLIVER,

    Plaintiff,

                                                                    No. 2: 24 – cv -12962
                                                                    Hon.: Gershwin A. Drain
                                                                    Mag. Judge Elizabeth A. Stafford

V.

PHILLIP G. VERA, AND

MATTHEW W. OLIVER, ET AL.,

    Defendants.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW COMES, Defendants, Phillip G. Vera and Matthew W. Oliver, by and through their attorneys, Advanta Law PLC, respectfully submit this Response to Plaintiff's Motion for Entry of Default Judgment, and state as follow:

1. This action essentially is a re-litigation by the same Plaintiff against almost identical Defendants.

2. Defendant Vera and Defendant Oliver were named in Plaintiff's 2022 lawsuit (Case No. 2:22-cv-12665).

3. Plaintiff is barred from re-litigating the same claims under *res judicata* and *collateral estoppel*.

4. The federal claims asserted in case No. 2:22-cv-12665 were dismissed with prejudice.

5. Plaintiff's federal claims in the current complaint are almost identical to the claims that were asserted against Defendant Vera and Defendant Oliver in the Plaintiff's 2022 complaint.

6. The current complaint suggests Plaintiff is dissatisfied with the previous court outcome.

7. Plaintiff's current complaint lacks merit.

8. Plaintiff is not entitled to a judgment as a matter of law.

9. On March 20, 2025, the Defendants filed a Motion to Set Aside Clerk's Entry of Default. (ECF. # 86)

10. Defendants Oliver and Vera seek the Court's approval of the Motion to Set Aside the Entry of Default.

11. If the Court grants the Motion, Plaintiff's Motion for Default Judgment would be moot.

12. If the Motion is denied, Defendants request leave to amend their Response to Plaintiff's Motion for Default Judgment.

WHEREFORE, the Defendants pray for this Honorable Court deny Plaintiff's Motion for Entry of Default Judgment.

|  |  |
|---|---|
| Dated: March 21, 2025 | Respectfully Submitted, |
|  | **ADVANTA LAW PLC** |
|  | /s/ Alia A. Sareini |
|  | Alia A. Sareini (P86710)<br>Mohamed J. Zaher (P52020)<br>Attorneys for Defendants Vera and Oliver<br>alia@advantalaw.com<br>lawyers@advantalaw.com |

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF MICHIGAN

SHARI L. OLIVER,

    Plaintiff,

                                                                 No.  2: 24 – cv -12962
                                                                 Hon.: Gershwin A. Drain
                                                                 Mag. Judge Elizabeth A. Stafford

V.

PHILLIP G. VERA, AND

MATTHEW W. OLIVER, ET AL.,

    Defendants.

## BRIEF IN SUPPORT

NOW COMES, Defendants, Phillip G. Vera and Matthew W. Oliver, by and through their attorneys, Advanta Law PLC, respectfully submit this Brief in Response to Plaintiff's Motion for Entry of Default Judgment, states as follow:

1. Defendants rely on the applicable federal rules of civil procedure and the local court rules for the Eastern District of Michigan.

                                                                                     Respectfully Submitted,

Dated: March 21, 2025

## **ADVANTA LAW PLC**

/s/ Alia A. Sareini

Alia A. Sareini (P86710)
Mohamed J. Zaher (P52020)
Attorneys for Defendants Vera and Oliver
alia@advantalaw.com
lawyers@advantalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I filed the forgoing with the Clerk of the Court by using CM/ECF filing and that an electronic notice filing and copy of the foregoing will automatically be sent to all parties of record.

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.


                                  /s/ Alia Sareini
                                     Alia Sareini